UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PERFICIENT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:16 CV 249 CDP |
| ) | |
| NICHOLAS PRIORE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND PRE-HEARING ORDER

For the reasons stated on the record during the temporary restraining order hearing held on February 29, 2016,

**IT IS HEREBY ORDERED** that the motion for temporary restraining order [6] is granted consistent with the Temporary Restraining Order entered February 29, 2016 [22].

**IT IS FURTHER ORDERED** that this matter is set for a preliminary injunction hearing on **March 14, 2016 at 9:30 a.m. in Courtroom 14-South**.

**IT IS FURTHER ORDERED** that the motion to continue hearing [17] and the motion to dismiss [14-1] are denied.

**IT IS FURTHER ORDERED** that plaintiff shall file its opposition to the motion to transfer venue [14-2] by **5:00 p.m. on March 3, 2016**.  Defendant may file any reply brief in support of his motion to transfer by **5:00 p.m. on March 4, 2016.**

**IT IS FURTHER ORDERED** that the motion to file under seal [4] and the consent motion to file under seal [15] are granted.

**IT IS FURTHER ORDERED** that the motion to expedite discovery [7] is denied as moot, as the following schedule shall apply to the preliminary injunction hearing and will be modified only upon a showing of exceptional circumstances:

1. Plaintiff shall propound any written discovery to defendant by **5:00 p.m. on February 29, 2016**, and defendant shall file his responses to written discovery by **5:00 p.m. on March 7, 2016**.  Plaintiff shall provide its responses to any written discovery propounded by defendant within seven calendar days of service and by 5:00 p.m. on that date.

2. Any depositions shall be conducted on **March 9-10, 2016**.

3. Defendant shall file any supplemental opposition to the request for preliminary injunction by **5:00 p.m. on March 9, 2016**.

4. Estimated Length of Hearing: No later than **5:00 p.m. on March 10, 2016** the parties must file a JOINT statement of the estimated length of time for the hearing.

5. Plaintiff shall file its proposed findings of fact and conclusions of law in support of a preliminary injunction, together with a trial brief citing authorities in support of its legal theories, a bond proposal as required by Federal Rule of Civil Procedure 65(c), and a proposed form of preliminary injunction (with a word processing version of this document emailed to my judicial assistant) by **5:00 p.m. on March 11, 2016**.

6. No later than **5:00 p.m. on March 11, 2016**, each side shall file a list of all witnesses that party expects to call at the hearing and a list of all exhibits that party expects to introduce into evidence (pre-marked, Plaintiff to use Arabic numerals and defendants to use letters, e.g., Pltf-1, Deft-A).

                                              _____
                                              CATHERINE D. PERRY
                                              UNITED STATES DISTRICT JUDGE

Dated this 1st day of March, 2016.